JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARISELA GONZALEZ | Case No. 5:20-CV-01953 -AB (KKx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| USCB, INC. | |
| Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 18, 2020 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE